IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLARENCE SARGENT,** | Case No. 2:09-cv-01472-GGH |
| Plaintiff, | **ORDER** |
| v. | |
| **P. STATTI, ET AL.,** | |
| Defendants. | |

    Good cause having been shown, Defendants are granted an additional forty-five days, to and including, April 10, 2010, to file their initial responsive pleading.

    IT IS SO ORDERED.

Dated: March 4, 2010                    /s/ Gregory G. Hollows
                                                           The Honorable Gregory G. Hollows

Sarg1472.eot