IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE SARGENT,

      Plaintiff,                           No. CIV S-09-1472 MCE GGH P

    vs.

P. STATTI, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On May 12, 2010, defendants filed a motion to dismiss this action to which plaintiff has not filed any response.  However, the motion indicates service upon plaintiff only at High Desert State Prison while plaintiff served a notice of change of address on May 17, 2010 (by application of the mailbox rule) to Salinas Valley State Prison.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants are to file an amended proof of service within seven days showing that the motion to dismiss has been re-served upon plaintiff at his current address: Salinas Valley State Prison;

        2. Plaintiff will have twenty-eight days from the date of re-service to file his response to the motion; and

\\\\\

1

3. Plaintiff's failure to file an opposition to the motion timely will be deemed a waiver of opposition to the motion. See <u>Order</u>, filed on October 30, 2009, ¶ 7 (Docket # 43).

DATED: July 9, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
sarg1472.rsv